CITIZENS FOR FAIR TAXATION ET AL., APPELLANTS,
*v.* CITY OF TOLEDO ET AL., APPELLEES.

[Cite as *Citizens for Fair Taxation v. Toledo* (1994), 68 Ohio St.3d 1214.]

(No. 92–2235—Submitted December 14, 1993—Decided February 2, 1994.)

---

*Nathan & Roberts, R. Michael Frank* and *W. David Arnold,* for appellants.

*Keith A. Wilkowski,* Director of Law, and *Ralph J. Lewis,* Assistant Director of Law, for appellees.

*Barry M. Byron Co., L.P.A., Barry M. Byron* and *Stephen L. Byron,* urging affirmance for *amici curiae,* Ohio Municipal Attorneys' Association and the cities of Akron, Cleveland, Columbus, Dayton and Youngstown.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, FAIN, F.E. SWEENEY and PFEIFER, JJ., concur.

BAIRD, J., dissents and would affirm the judgment of the court of appeals.

WILLIAM R. BAIRD, J., of the Ninth Appellate District, sitting for WRIGHT, J.

MIKE FAIN, J., of the Second Appellate District, sitting for RESNICK, J.